**Michael Shane SOFER, a/k/a Michael Craig Clark, Great Prince, Appellant,**

v.

**UNITED STATES of America, et al., Appellees.**

No. 00–5313.

United States Court of Appeals, District of Columbia Circuit.

March 5, 2001.

Before SENTELLE, RANDOLPH, and ROGERS, Circuit Judges.

*JUDGMENT*

PER CURIAM.

This appeal was considered on the record from the United States District Court for the District of Columbia and on the brief filed by appellant. The court has determined that the issues presented occasion no need for an opinion. *See* Fed. R.App. 36; D.C.Cir. Rule 36(b). It is

ORDERED AND ADJUDGED that the district court's judgment be affirmed for the reasons stated in its Memorandum and Dismissal Order filed August 16, 2000.

The Clerk is directed to withhold issuance of the mandate herein until seven days after disposition of any timely petition for rehearing or petition for rehearing *en banc.* *See* Fed. R.App. P. 41(b); D.C.Cir. Rule 41.